440 A.2d 1250

David N. C., Appellant v. Kathleen M. C.

Argued June 10, 1980.  David N. C. appellant, in propria persona; Samuel Andes, for appellee.

Before BROSKY, WATKINS and CIRILLO, JJ.*

Order affirmed.

440 A.2d 1251

Reed, et al, Appellants v. Braddock Gen. Hospital, et al.
Petition for Allowance of Appeal Denied Feb. 26, 1982.

Argued November 13, 1980.  Anthony J. Martin, for appellants; Frederick N. Egler, for appellees.

Before HESTER, BROSKY and VAN der VOORT, JJ.

Judgment affirmed.